UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANINE WEATHINGTON, #178869,

      Plaintiff,                           CIVIL ACTION NO. 12-13573

      v.                                  DISTRICT JUDGE JOHN CORBETT O'MEARA

CITY OF DETROIT, et al.,            MAGISTRATE JUDGE MARK A. RANDON

      Defendants.
_____/

## ORDER TO PROVIDE ADDITIONAL INFORMATION

On August 21, 2012, the Court ordered the United States Marshal to serve Defendants. (Dkt. No. 5). On September 10, 2012, the US Marshal mailed the Complaint to Defendants "Eland" and "E Brown." On November 2, 2012, the Waiver of Service was returned Unexectued as to these Defendants, because there are too many people with similar names.

Plaintiff has until **December 28, 2012** to provide the Court additional information regarding "Eland" and "E Brown" (e.g., first names) so that these Defendants can be properly identified and the US Marshal can serve them with the Complaint. Plaintiff's failure to provide adequate identifying information may result in the dismissal of Defendants "Eland" and "E Brown."

**IT IS ORDERED**.

                                                         s/Mark A. Randon
                                                         MARK A. RANDON
                                                         UNITED STATES MAGISTRATE JUDGE

Dated: December 12, 2012

<u>*Certificate of Service*</u>

*I hereby certify that a copy of the foregoing document was served on the parties of record on this date, December 12, 2012, electronically and by first class mail.*

<u>*s/Melody R. Miles*</u>
*Case Manager to Magistrate Judge Mark A. Randon*