UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANINE WEATHINGTON,

    Plaintiff,

Case No. 12-13573

Honorable John Corbett O'Meara

v.

COUNTY OF WAYNE, *et. al.*,

    Defendants.

_____/

## ORDER AFFIRMING MAGISTRATE JUDGE HLUCHANIUK'S OCTOBER 20, 2014 ORDER

This matter came before the court on plaintiff Janine Weathington's October 24, 2014 objections to Magistrate Judge Michael Hluchaniuk's October 20, 2014 order regarding Defendants' motion for immediate bench trial. Defendants filed a response November 7, 2014. No reply was filed, and no oral argument was heard.

The court, pursuant to Rule 72(a) of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1)(A), has reviewed the magistrate judge's order well as Plaintiff's objections and Defendants' response to those objections and finds that the order is not clearly erroneous or contrary to law.

Accordingly, it is hereby **ORDERED** that Magistrate Judge Hluchaniuk's October 20, 2014 order is **AFFIRMED.**

                                             s/John Corbett O'Meara
                                             United States District Judge

Date: November 24, 2014

      I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, November 24, 2014, using the ECF system and/or ordinary mail.

                                      s/William Barkholz  
                                      Case Manager